408 A.2d 536

Commonwealth v. Williams, Appellant.

Rex Downie, Jr., for appellant; John Lee Brown, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.

April 20, 1979

408 A.2d 536

Commonwealth v. Acevedo, Appellant.

Submitted September 15, 1978. Dwight L. Danser, for appellant; John Gallagher, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.